HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PILRANG BAE OWA,<br><br>        Plaintiff,<br><br>    v.<br><br>FRED MEYER STORES, et al.,<br><br>        Defendants. | CASE NO. C16-1236 RAJ<br><br>ORDER |

This matter comes before the Court on Plaintiff's motion for reconsideration. Dkt. # 113. Defendant Fred Meyer Stores ("Defendant" or "Fred Meyer") opposes the motion. Dkt. # 117. The Court did not permit Plaintiff to file a Reply brief yet she chose to file one despite the Court's instructions to the contrary. Dkt. # 119. Pursuant to Local Rules W.D. Wash. CR 7(h)(1), motions for reconsideration are disfavored, and will ordinarily be denied unless there is a showing of (a) manifest error in the prior ruling, or (b) facts or legal authority which could not have been brought to the attention of the court earlier, through reasonable diligence.

Plaintiff seeks reconsideration due to a host of health issues on behalf of her counsel. The Court is most sympathetic to Plaintiff's counsel's cancer recovery.

However, her record of performance in not fully representing the interests of her client are evident by what appears to be little more than dilatory tactics or attempts to unfairly game the course of litigation. She has missed the Court's Scheduling Order for more than seven months, she improperly seeks a trial continuance of ten weeks, she has represented an inability to pursue the instant litigation but has fully engaged in complex arbitration, and she continues to claim substitution of new counsel is on the horizon without any evidence of the same. These factors alone support that the motion for reconsideration should be denied. Therefore, the Court **DENIES** Plaintiff's motion for reconsideration. Dkt. # 113.

Dated this 5th day of February, 2018.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge