HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PILRANG BAE OWA,

        Plaintiff,

v.

FRED MEYER STORES, et al.,

        Defendants.

CASE NO. C16-1236 RAJ

ORDER

This matter comes before the Court on Plaintiff's motion for trial continuance. Dkt. # 143. Defendant Fred Meyer Stores ("Defendant" or "Fred Meyer") does not oppose a short continuance. Dkt. # 145.

Plaintiff's counsel, Ms. Bittner, requests a continuance in order to arrange care for her ill mother. Dkt. # 143 at 4. Fred Meyer is sympathetic to this, as is the Court. However, the Court finds the balance of Plaintiff's motion unpersuasive. For example, Ms. Bittner claims that she was encouraged to find associating counsel in July 2016—nearly a year and a half prior to the current motion. *Id.* at 1. No new counsel has signed onto this matter as of the date of this Order. The Court will not afford a continuance based on new counsel's requirement to become familiar with the record when no such

counsel exists.  Other reasons for continuance given in the instant motion are similarly unpersuasive and appear to be regurgitations of prior filings.

The Court finds good cause to continue this trial and any pending deadlines so that Ms. Bittner may arrange the proper care for her mother.  The Court will not extend any deadlines that have already passed, nor will the Court entertain motions seeking to reopen discovery.  Accordingly, the Court **GRANTS** Plaintiff's motion in part.  The trial is now set for June 18, 2018.  The Clerk will issue a new case schedule consistent with this Order.

Dated this 15th day of March.

The Honorable Richard A. Jones
United States District Judge