HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PILRANG BAE OWA,

    Plaintiff,

v.

FRED MEYER STORES, et al.,

    Defendants.

CASE NO. C16-1236 RAJ

ORDER

This matter comes before the Court on Plaintiff's motion for relief from the discovery deadline. Dkt. # 153. Plaintiff files this motion nearly four months after the close of discovery, citing a host of events that predate the instant motion by weeks if not months. Moreover, the Court was clear in its prior order that it would not extend already-

passed deadlines, and it would not entertain a motion seeking to reopen discovery. Nonetheless, Plaintiff filed the instant motion, which essentially asks this Court to reopen discovery. The Court finds no good cause or compelling reason to do so and therefore **DENIES** the motion.

Dated this 27th day of March, 2018.

*[signature]*

The Honorable Richard A. Jones
United States District Judge